# United States District Court

## *Southern District of Georgia*

Desaray Mahone

_____
Plaintiff

Case No. ___4:23-CV-00102_____

**v.**  TMX FINANCE CORPORATE
SERVICES, INC., et al.

_____
Defendant

Appearing on behalf of

___Plaintiff_____

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission
*pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in
the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This __21st__ day of _____July_____ , __2023__ .

_____
UNITED STATES MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER:   MaryBeth V. Gibson
_____

Business Address:   The Finley Firm, P.C.
_____
Firm/Business Name

3535 Piedmont Road, Bldg. 14, Ste. 230
_____
Street Address

|  | Atlanta | GA | 30305 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-320-9979 |  | 725843 |  |
| Telephone Number (w/ area code) |  | Georgia Bar Number |  |

Email Address:   mgibson@thefinleyfirm.com
_____